UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARRELL G. HAFEN, | ) | Case No.: 2:09-cv-02366-GMN-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JOCK WHITWORTH, JACK BURNS, NATIONAL PARKS SERVICE ZION NATIONAL PARK, UNITED STATES OF AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      Before the Court is Plaintiff Darrell G. Hafen's Amended Complaint (ECF No. 11), filed on May 4, 2010.  On June 28, 2010 the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (ECF No. 14) recommending that Plaintiff's Amended Complaint be denied.  Plaintiff filed an Objection to the Report and Recommendation on July 7, 2010 (ECF No. 15).  Plaintiff also filed a motion on November 2, 2010 to reassign his case back to Judge Jones (ECF No. 17).

      Regarding Plaintiff's query as to why his case was reassigned from Judge Jones to Judge Navarro, Plaintiff is advised that Judge Jones relocated his chambers to Reno and has assumed former Judge Sandoval's caseload.  Accordingly, Chief Judge Hunt has reassigned Judge Jones' prior caseload (including Plaintiff's case) to newly appointed Judge Navarro.  Plaintiff's request provides no other basis to reassign his case other than the fact that the case was initially assigned to Judge Jones, therefore his Motion to Reassign the case to Judge Jones is DENIED.

      The Court has conducted a *de novo* review of the record in this case in accordance

1  with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-9 and determines that Magistrate Judge
2  Leen's Report of Findings and Recommendation should be AFFIRMED.  Plaintiff's
3  objections do not give any legal authority or legal reasoning as to why the Court should
4  not follow Magistrate Judge Leen's recommendation.  Further, the Addendum (ECF No.
5  16) Plaintiff filed with his objections does not establish why the court should not follow
6  the recommendations of the Magistrate Judge or provide any explanation of Plaintiff's
7  attempts to remedy the defects of his pleadings.  IT IS THEREFORE ORDERED that
8  Plaintiff's Motion to Reassign the case to Judge Jones is DENIED.
9      IT IS FURTHER ORDERED that Magistrate Judge Leen's Report of Findings and
10 Recommendation (ECF No. 14) is AFFIRMED and Plaintiff's Amended Complaint (ECF
11 No. 11) is DISMISSED with prejudice.
12     DATED this 11th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge